NUMBER 13-04-00634-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
IN RE: RICARDO GARCIA
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez and Garza 
Per Curiam Memorandum Opinion




         Relator, Ricardo Garcia, filed a petition for writ of mandamus in the above cause
on December 2, 2004. The permanent injunction about which relator complains was
signed on July 13, 2004. On August 10, 2004 relator's attorney filed a notice of
appeal and an affidavit of inability to pay costs in the trial court, and, on August 17,
2004 filed a designation of the clerk's record. However, relator's attorney failed to 
file a copy of the notice of appeal with the clerk of this Court as required by appellate
rule 25.1(e). See Tex. R. App. P. 25.2(e). On December 6, 2004, we requested and
have now received a copy of the notice of appeal from the Hidalgo County Clerk. The
appeal has been docketed under cause number 13-04-00639-CV.
         Mandamus relief is appropriate only to correct a clear abuse of discretion or the
violation of a duty imposed by law, and when there is no adequate appellate remedy. 
CSR Ltd. v. Link, 925 S.W.2d 591, 596 (Tex. 1996) (orig. proceeding); Walker v.
Packer, 827 S.W.2d 833, 839 (Tex. 1992) (orig. proceeding). Accordingly, having
examined and fully considered relator's petition for writ of mandamus and having
noted relator's appeal is now on file in this Court, we are of the opinion that relator
has not shown himself entitled to the relief sought. Accordingly, relator's petition for
writ of mandamus filed on December 2, 2004, is DENIED. See Tex. R. App. P. 52.8(a).
 
                                                                                 PER CURIAM

Memorandum Opinion delivered and filed
this 7th day of December, 2004.